| In re: | Case No. 25-41083-JJR |
|---|---|
| Jason Farr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 1126-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: pdf000 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Farr, 976 Whites Gap Road SE, Jacksonville, AL 36265-8700 |
| 11690133 | + | Amy Marie Farr, 903 Maxana Drive, Anniston, AL 36206-1143 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_eastern@alnba.uscourts.gov | Jan 13 2026 00:07:00 | Robert Landry, BA Anniston, 1100 Gurnee Avenue, Anniston, AL 36201-4565 |
| cr | | Email/Text: bnc@atlasacq.com | Jan 13 2026 00:05:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2026 00:18:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2026 00:18:35 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Amy Marie Farr, 903 Maxana Drive, Anniston, Al 36206-1143 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 14, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan Eberhardt | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC evan.eberhardt@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Gregory S. Graham | on behalf of Interested Party Gregory Graham greg@gsgpclaw.com g10203@notify.cincompass.com;graham.gregoryb@notify.bestcase.com |
| Gregory S. Graham | on behalf of Defendant Jason Farr greg@gsgpclaw.com g10203@notify.cincompass.com;graham.gregoryb@notify.bestcase.com |
| Gregory S. Graham | on behalf of Debtor Jason Farr greg@gsgpclaw.com g10203@notify.cincompass.com;graham.gregoryb@notify.bestcase.com |
| Michael M. LaPlante | on behalf of Plaintiff Amy Marie Farr laplantebk@gmail.com sonya@laplantemerritt.com;LaPlanteandMerritt@jubileebk.net |
| Michael M. LaPlante | on behalf of Creditor Amy Marie Farr laplantebk@gmail.com sonya@laplantemerritt.com;LaPlanteandMerritt@jubileebk.net |
| Rocco J Leo | rleo@leoandoneal.com rleo@ecf.axosfs.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| **JASON FARR,** | ) | 25-41083 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

**ORDER ON SECTION 522(f) MOTION TO AVOID JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE MONEY SECURITY INTEREST AND DETERMINE SECURED STATUS**

This matter came before the Court on Debtor's Section 522(f) Amended Motion to Avoid a Judicial Lien or Nonpossessory, Nonpurchase Money Security Interest and Determine Secured Status, (Document No. 36) (the "Motion"). Capitalized terms herein and not otherwise defined have the same meanings ascribed to them in the Motion. The Motion request that the Court avoid the fixing of the Lien on the property described in the Motion. The Lien is evidenced by a certificate of judgment recorded in the Office of the Judge of Probate of Calhoun County, Alabama in Book 77 at Page 972 and being the same judgment as Claim 1 filed by the Creditor. The Motion also requests that the Court treat the Claim secured by the Lien as wholly or partially unsecured. Notice of the Motion and of the opportunity to object and request a hearing was provided to the affected creditor, Amy Marie Farr (the "Creditor) and the Creditor's Attorney, the Trustee, and any committee appointed in the above captioned case, as required by Local Rule 4003-2. Neither the Creditor nor any other party in interest timely filed any opposition or other response to the Motion, and it appears to the Court that the Motion should be granted.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED, and the Lien and the Claim of the Creditor are treated as follows;

☐ The Lien is avoided in its entirety, and the Claim, to the extent allowed, shall be treated as wholly unsecured.

■ The Lien is avoided to the extent it impairs the Debtor(s)' exemptions in the amount of $24,281.00 and the claim to the extent allowed, shall be treated as a secured claim on the amount of $4,267.40 (the "Secured Amount" and as an unsecured claim to the extent the allowed amount of the Claim exceeds the Secured Amount.

**DATED:** January 12, 2026

/s/ James J. Robinson
JAMES J. ROBINSON
United States Bankruptcy Judge

Case 25-41083-JJR7    Doc 46    Filed 01/14/26    Entered 01/14/26 23:48:55    Desc
Imaged Certificate of Notice    Page 3 of 3